UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

RAYMOND GERGOWICZ,

      Plaintiff,

     v.                                                    Case No. 09-cv-767-JPG

CLEAR DEBT SOLUTIONS, LLC, and
CDS ASSOCIATES, INC.,

      Defendants.

## JUDGMENT

This matter having come before the Court, and the Court having granted Plaintiff

Raymond Gergowicz's Motion (Doc. 8) for voluntary dismissal without prejudice,

    IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without

prejudice.

                         **NANCY J. ROSENSTENGEL**

                         **By:s/Deborah Agans, Deputy Clerk**

**Dated: January 25, 2010**          _____


**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**